1  GLENN LOSTRACCO CBA#138084
   Attorney at Law
2  2300 Tulare Street #240
   Fresno, California 93721
3  559.497.5297
   559.497-0203 Fax
4  g.lostracco@sbcglobal.net

5  Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:06-cr-00315-6AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE SENTENCING |
| EFRAIN SOTO | ) DATE: November 13, 2007 |
| Defendant, | ) TIME: 9:00 a.m. |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from November 13, 2007, until December 10, 2007. The parties further stipulate and agree that the resulting period of delay occurring between November 13, 2007, and December 10, 2007, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: 11-07-07

/s/ Glenn  LoStracco
GLENN  LoSTRACCO
Attorney for Defendant

Dated: 11-07-07

By:  /s/ Kathleen A. Servatius
McGREGOR W. SCOTT
United States Attorney
Kathleen A. Servatius
Assistant U.S. Attorney

STIP - ORDER - 1

**ORDER**

IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to December 10, 2007. It is further ordered that time shall be excluded from November 13, 2007, to December 10, 2007, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: November 7, 2007             /s/ Anthony W. Ishii_____
                                     Honorable Anthony W. Ishii
                                      United States District Judge