J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
EFRAIN SOTO SALGADO

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 06-CR-315 AWI |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING ON MOTION TO |
| | ) | SUPPRESS |
| EFRAIN SOTO SALGADO, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| _____ | ) | |

It is stipulated and agreed between the parties in the

above matter that the 3582 hearing currently set for

Monday, February 11, 2008 at 9:00 a.m. be continued to

Monday March 10, 2008, at 9:00 a.m.

I hereby consent to the above stipulation.

Dated: 2-7-08

s/J.M. Irigoyen

_____
J.M. Irigoyen

1        I hereby consent to the above stipulation.

2    DATED: 2-7-08

                                    s/Kathy Servatius
3

4                                   _____
                                    Assistant U.S. Attorney
5                                    Kathy Servatius

6                                ORDER

7    IT IS SO ORDERED.

8    **Dated:    February 8, 2008**          _____/s/ Anthony W. Ishii_____
                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2