UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EFRAIN SOTO,<br><br>　　　　　Defendant. | No.  1:06-cr-00315 – AWI - 6<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant was convicted of conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Doc. 423 at 1. On those charges, the sentencing court sentenced defendant to a term of 210 months. The parties agree and, as described below, the Court finds that Mr. Soto is entitled to the benefit Amendment 782.

The sentencing court found the base offense level to be 38 pursuant to USSG § 2D1.1, as the quantity of actual methamphetamine involved in the offense was approximately 1.6 kilograms. *See* U.S.S.G. § 2D1.1(c)(1) (2006). The sentencing court applied a two-level enhancement for possession of a dangerous weapon, *see* U.S.S.G. § 2D1.1(b)(1), and a three-level downward departure for acceptance of responsibility, *see* U.S.S.G. § 3E1.1(a)-(b), for a total offense level of 31. The defendant had a criminal history category of I. The guideline range was 210 to 262 months. The sentencing court sentenced the defendant to 210 months, the low-end of the range.

1    Under the amended guidelines, a base offense level of 36 applies where the quantity of
2 actual methamphetamine is between 1.5 and 4.5 kilograms. U.S.S.G. § 2D1.1(c)(2) (2015).
3 Applying the same enhancements and reductions, *see* U.S.S.G. 1B1.10(b)(1), with an amended
4 total offense level of 35 and a criminal history category of I, the defendant's amended guideline
5 range is 168 to 210 months. The application of Amendment 782 results in a lower sentencing
6 range.

7    This Court has considered the Section 3553(a) factors and, for the same reasons that the
8 sentencing court ordered a sentence at the low-end of the guideline range at the defendant's
9 sentencing on December 10, 2007, the Court finds that the Section 3553(a) factors support
10 imposition of a sentence at the low-end of the amended guideline range.

11   IT IS HEREBY ORDERED that the defendant's term of imprisonment imposed on
12 December 10, 2007, is reduced to a term of 168 months.  If this sentence is less than the amount
13 of time the defendant has already served as of the date of this order, the sentence is reduced to a
14 time served sentence.

15   IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
16 remain in effect.  The clerk shall forthwith prepare an AO247 form reflecting the above
17 reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau
18 of Prisons and the United States Probation Office.

19   Unless otherwise ordered, Mr. Soto shall report to the United States Probation Office
20 within seventy-two hours after his release.

21   The Clerk of the Court is respectfully directed to terminate this defendant and close the
22 case.

23
24 IT IS SO ORDERED.

25 Dated:   July 6, 2016                              _____
                                                        SENIOR  DISTRICT  JUDGE
26
27
28