AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:06-cr-00315-AWI   Document 113   Filed 08/16/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America  )
v.  )
EFRIAN SOTO  )     Case No:  1:06-CR-00315-006 AWI
 )     USM No:  63110-097
Date of Original Judgment:  12/10/2007  )
Date of Previous Amended Judgment:  )     Hannah Labaree
*(Use Date of Last Amended Judgment if Any)*           *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/14/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/16/2016              /s/ Anthony W. Ishii
                                    *Judge's signature*

Effective Date:  11/01/2015            Honorable Anthony W. Ishii
*(if different from order date)*       *Printed name and title*